*C. Bertram Plante* and *Harry Edwards* for appellant.

*Tracy S. Voorhees* and *Edward I. Devlin, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Claim of LOUIS FLORICK, Respondent, against BROAD WINDOW CLEANING COMPANY et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's compensation — master and servant — injury from fall — award for facial disfigurement.*

*Florick* v. *Broad Window Cleaning Co.*, 215 App. Div. 734, affirmed. (Argued June 4, 1926; decided July 9, 1926.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 16, 1925, unanimously affirming an award of the State Industrial Board made under the Workmen's Compensation Law. Claimant, a window cleaner, was injured by a fall from a ladder in the course of his employment, resulting in a scar on his forehead. An award was made for facial disfigurement though his earning capacity was unimpaired.

*Paul Koch* and *Charles O. Truex* for appellants.

*Albert Ottinger, Attorney-General* (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.